## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL KINCAID,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:04CV287** |
| v. | ) | |
| | ) | **ORDER** |
| **COUNTY OF DOUGLAS, NEBRASKA,** | ) | |
| **et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Mary C. Wickenkamp's "MOTION FOR LEAVE TO WITHDRAW" as plaintiff's counsel (#23). The matter was heard on July 28, 2005. Moving counsel advised the court that she had mailed a notice of hearing to her client, Michael Kincaid, and the letter had not been returned to her undelivered. Michael Kincaid failed to attend the July 28, 2005 hearing, although he was ordered to do so.

**IT IS ORDERED:**

1. The "MOTION FOR LEAVE TO WITHDRAW" as plaintiff's counsel (#23) is granted. The Clerk shall terminate the appearance of Mary C. Wickenkamp as counsel for Michael Kincaid and shall remove Ms. Wickenkamp from the distribution list for this case.

2. The record shall reflect that Michael Kincaid is proceeding without counsel. All copies of orders, notices and any other documents filed in this case shall be sent to the plaintiff at his last known address, i.e., **4605 N. 19th Street, Omaha, Nebraska 68110.**

**DATED August 1, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge